UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EARVIN R. DAVIS,

        Petitioner,         Case No. 2:20-cv-121

v.                                Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's requests for a temporary restraining order and preliminary injunctive relief (ECF No. 3) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   August 19, 2020                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge