UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\_\_\_\_\_

EARVIN R. DAVIS,

        Petitioner,        Case No. 2:20-cv-121

v.        Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day and the opinion issued July 15, 2020:

**IT IS ORDERED** that the Petitioner's claim relating to the denial of parole is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is without merit.

**IT IS FURTHER ORDERED** that the remaining claim, regarding the COVID-19 virus, is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:   August 19, 2020                  /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge